JACK SMITH *v.* COMMISSIONER OF CORRECTION

The petitioner Jack's Smith's petition for certification for appeal from the Appellate Court, 121 Conn. App. 85 (AC 30278), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mark M. Rembish*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided July 1, 2010

DELORES G. SINOTTE ET AL. *v.* CITY OF WATERBURY

The plaintiffs' petition for certification for appeal from the Appellate Court, 121 Conn. App. 420 (AC 30304), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Erskine D. McIntosh*, in support of the petition.

*Justin J. Donnelly*, assistant corporation counsel, in opposition.

Decided July 1, 2010

IN RE EARL B.

The petition by the respondent Earl B. for certification for appeal from the Appellate Court, 121 Conn. App. 269 (AC 30491), is denied.

*James Jude Connolly*, supervisory assistant public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided July 1, 2010

## TOWN OF WALLINGFORD *v.* VERNON STANCUNA ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32104) is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Vernon Stancuna*, pro se, in support of the petition.

*Janis M. Small*, town attorney, in opposition.

Decided July 1, 2010

## STATE OF CONNECTICUT *v.* JASON MANN

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 626 (AC 27779), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided July 8, 2010

## JAMES G. *v.* COMMISSIONER OF CORRECTION

The petitioner James G.'s petition for certification for appeal from the Appellate Court, 120 Conn. App. 829 (AC 29407), is denied.